ENTERED / RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 12 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-88 |
| Plaintiff, ) | |
| vs. ) | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ISRAEL CHAVEZ |
| ISRAEL CHAVEZ, ) | |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ISRAEL CHAVEZ**, #1023467, before the United States Magistrate Judge at Las Vegas, Nevada, on or about I/A & A/P Thurs 3/20/14 3:00 PM VCF 3D hour of 3:00 P.M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED: March 12, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAR 12 2014

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
CHRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ISRAEL CHAVEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:14-CR- 88 <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ISRAEL CHAVEZ |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ISRAEL CHAVEZ**, #1023467, is committed by due process of law in the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, that said Warden has consented to the temporary release of the said **ISRAEL CHAVEZ** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **ISRAEL CHAVEZ** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on I/A & A/P Thurs 3/20/14 3:00 PM VCF 3D 4, at the hour of _____, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ISRAEL CHAVEZ** before the United States Magistrate Judge on or about _____ I/A & A/P Thurs 3/20/14 3:00 PM VCF 3D _____, 2014, at the hour of _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Southern Desert Correctional Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **ISRAEL CHAVEZ** before the United States District Court on or about I/A & A/P Thurs 3/20/14 3:00 PM VCF 3D 14, at the hour of _____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada.

**DATED** this ___12th___ day of March, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

CHRISTINA D. SILVA
Assistant United States Attorney

2