```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        DEC 1 4 2015

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )
                             )
    v.                       )   2:14-CR-00088-JAD-(PAL)
                             )
ISRAEL CHAVEZ,               )
                             )
           Defendant.        )

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that defendant ISRAEL CHAVEZ pled guilty to Count Two of a Two-Count Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant ISRAEL CHAVEZ agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment. Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and the offense to which defendant ISRAEL CHAVEZ pled guilty.

The following assets are any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1), and are subject to forfeiture pursuant to Tile 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c):

1. a Davis Industries, Model D25, .25 caliber, two shot handgun, chrome in color with pearl grips, 2 inch barrel with serial number 050551;
2. a Remington model 11, 12 gauge semi-auto shotgun with serial number 751157;
3. a black Hi-Point, .40 caliber semi-auto pistol with serial number X7163954 and with magazine; and
4. any and all ammunition

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ISRAEL CHAVEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

1  right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
2  petition and the relief sought.
3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
4  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
5  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days
6  after the first day of the publication on the official internet government forfeiture site,
7  www.forfeiture.gov.
8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
9  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
10  following address at the time of filing:

11      Michael A. Humphreys
    Assistant United States Attorney
12      Daniel D. Hollingsworth
    Assistant United States Attorney
13      Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
14      Las Vegas, Nevada 89101.

15      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
16  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
17  following publication of notice of seizure and intent to administratively forfeit the above-described
18  property.
19      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
20  this Order to all counsel of record.
21      DATED this 14th day of December, 2015.

24                                    UNITED STATES DISTRICT JUDGE