```
         FILED          RECEIVED
         ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD

              JUN 2 8 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-088-JAD-(PAL) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| ISRAEL CHAVEZ, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ISRAEL CHAVEZ to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant ISRAEL CHAVEZ pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 23; Plea Agreement, ECF No. 24.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 17, 2015, through January 15, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Davis Industries, Model D25, .25 caliber, two shot handgun, chrome in color with pearl grips, 2 inch barrel with serial number 050551;
2. a Remington model 11, 12 gauge semi-auto shotgun with serial number 751157;
3. a black Hi-Point, .40 caliber semi-auto pistol with serial number X7163954 and with magazine; and
4. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this __ day of June, 2016.



UNITED STATES DISTRICT JUDGE